**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GENEVIEVE DERBES** | **Fed Docket:** |
| **VERSUS** | **JUDGE:** |
| **TRISURA SPECIALTY INSURANCE COMPANY; BLACK SAIL HOLDINGS CORP; AND LESTER CALTON** | **MAGISTRATE:** |

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE,** that Trisura Specialty Insurance Company, appearing herein through its undersigned counsel, hereby removes that certain action entitled, "*Genevieve Derbes v. Trisura Specialty Insurance Company, Black Sail Holdings Corp and Lester Calton*" bearing Civil Action No. C-722687, on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana.  In support of removal, defendant respectfully submits the following:

I.

This lawsuit was filed by Plaintiff, Genevieve Derbes, against defendants, *Trisura Specialty Insurance Company, Black Sail Holdings Corp and Lester Calton* in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on August 25, 2022.  Trisura Specialty Insurance Company is filing an Answer to the original Petition for Damages with this removal and all issues are joined.

II.

The *Genevieve Derbes* lawsuit is a civil action seeking damages for the following:  past,

present and future mental pain and suffering; past, present and future physical pain and suffering; past, present and future medical expenses; and past, present and future loss of income and/or impairment of earning capacity and property damages as a result of a motor vehicle accident which allegedly occurred on May 10, 2022.  Genevieve Derbes alleges that she was driving a 2011 Nissan Altima (owned by Rachael Blackburn) merging onto eastbound I-10 in East Baton Rouge when 45 year old Lester Calton was driving a 2013 Freightliner Trailer owned by Black Sail Holding LLC also eastbound on I-10 directly behind the plaintiff vehicle. The traffic ahead of the plaintiff vehicle allegedly braked abruptly and the plaintiff braked and Lester Calton rear ended the plaintiff vehicle.

## III.

Plaintiff, Genevieve Derbes, is a resident of Louisiana.

## IV.

In accordance with the Corporate disclosure requirements of Federal Rule of Procedure 7.1, defendant provides the following:

Trisura Specialty Insurance Company is a foreign company to the state of Louisiana; it is incorporated in Oklahoma City, Oklahoma with its principle place of business and mailing address as 210 Park Ave suite 1300; Oklahoma City, Oklahoma, 73102. Trisura Specialty Insurance Company is 100% owned by Trisura Group, Inc., a public company with its common shares trading on the Toronto Stock Exchange.

## IX.

Pursuant to 28 USCA §1446 (d), written notice of removal of this action has been given to all adverse parties.  A copy of the Notice is also being filed with the 19th Judicial District Court

for the Parish of East Baton Rouge, State of Louisiana, as required by 28 USCA §1446 (d).

X.

*Trisura Specialty Insurance Company, Black Sail Holdings Corp and Lester Calton* are the only named defendants herein.

XI.

All and singular, the premises and representations of this Notice are true and correct and within the jurisdiction of this Honorable Court.

XII.

The time in which Defendant may remove this matter has not yet expired. This Notice of Removal is filed within thirty days of the date Defendant received other paper from which it was first ascertained this case is one which is or has become removable. 28 U.S.C. §1446(b).

XIII.

Plaintiff's Petition for Damages pleads in its Prayer that damages "exceed the requisite amount for the exercise of diversity jurisdiction."

XIV. JURY DEMAND

Defendant is entitled to and requests a trial by jury on all issues herein.

**WHEREFORE**, defendant, Trisura Specialty Insurance Company, prays that this Notice of Removal will be deemed proper and that this action proceed in this Honorable Court as an action properly removed to it from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and further prays for a jury trial and all other general and equitable relief deemed appropriate by this Honorable Court.

Respectfully submitted by:


*/S/      Sean P. Rabalais__          *
**SEAN P. RABALAIS (#28410)**
**GUY D. PERRIER, (#20323)**
PERRIER & LACOSTE LLC
365 Canal Place suite 2550

New Orleans, LA 70130

Direct Dial:            (504) 212-8819
Legal Assistant Dial:  (504) 212-7295
Facsimile:              (504) 535-2595
Email:                  Srabalais@perrierlacoste.com
E-Service Email:        Srabalais@perrierlacoste.com
*Attorney for Trisura Specialty Insurance Co.*


# **C E R T I F I C A T E**

I do hereby certify that a copy of the foregoing pleading has been served on all counsel by depositing same in the electronic mail, United States Mail, properly addressed and postage prepaid and/or electronic mail, on this 20th day of September, 2022.


        */S/ Sean P. Rabalais__          *
            **SEAN P. RABALAIS**