UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GENEVIEVE DERBES** | **FED DOCKET:** |
| **VERSUS** | **JUDGE:** |
| **TRISURA SPECIALTY INSURANCE COMPANY; BLACK SAIL HOLDINGS CORP; AND LESTER CALTON** | **MAGISTRATE:** |

<u>**LISTING OF PARTIES AND COPIES OF PLEADING AND RETURN OF SERVICE**</u>

**NOW INTO COURT**, through undersigned counsel comes, Trisura Specialty Insurance Company who respectfully represents and certifies as follows:

Pursuant to the provisions of 28 U.S.C. §1446(a), a copy of the entire suit record in the state court proceeding entitled "*Genevieve Derbes v. Trisura Specialty Insurance Company, Black Sail Holdings Corp and Lester Calton*" bearing Civil Action No. C-722687, on the docket of the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, is hereby submitted for filing into the record of these proceedings.

The referenced record contains the following documents:

**I. LISTING OF PARTIES**

    **a. Plaintiff/ Attorney**

**Genevieve Derbes**
B. Scott Andrews, Esq.
Kirk Guidry Sr, Esq
C. Scott Courrege Esq
Due' Guidry Piedrahita Andrews LLC
8201 Jefferson Hwy
Baton Rouge, LA 70809
Telephone: 225-929-7481
Facsimile: 225-924-4519

Joseph E. Windmeyer Jr.
Windmeyer Law Firm LLC
2313 N. Hullen St.
Metairie, LA 70001
Tel: (504) 833-0782
Fax: (504) 833-0936

**b. Defendant/**   **Black Sail Holdings Corp**
**Attorney**   James Waldron
Chris D'Amour
Adams & Reese LLP
701 Poydras St suite 4500
New Orleans, LA 70139
Tel: (504) 585-0327
Fax: (504) 717-0554

**c.  Defendant/**   **Trisura Speciaty Insurance Company**
**Attorney**   Sean P. Rabalais
PERRIER & LACOSTE
365 Canal Place suite 2550
New Orleans, LA 70130
Direct Dial:            (504) 212-8819
Facsimile:            (504) 535-2595

## II. COPIES OF ALL PLEADINGS

Defendant attaches the following pleadings that were served upon defendant in the State

Court proceeding, pursuant to 28 USC §1446:

a.   Petition for Damages

Respectfully submitted by:

*/S/      Sean P. Rabalais__*

**SEAN P. RABALAIS (#28410)**
**GUY D. PERRIER, (#20323)**

PERRIER & LACOSTE LLC
365 Canal Place suite 2550
New Orleans, LA 70130

| | |
|---|---|
| Direct Dial: | (504) 212-8819 |
| Legal Assistant Dial: | (504) 212-7295 |
| Facsimile: | (504) 535-2595 |
| Email: | Srabalais@perrierlacoste.com |
| E-Service Email: | Srabalais@perrierlacoste.com |

*Attorney for Trisura Specialty Insurance Company*


## C E R T I F I C A T E

I do hereby certify that a copy of the foregoing pleading has been served on all counsel by depositing same in the electronic mail, United States Mail, properly addressed and postage prepaid and/or electronic mail, on this 20th day of September 2022.

*/S/ Sean P. Rabalais___*
**SEAN P. RABALAIS**